Donald J. Churnside, OSB #791876
GAYDOS, CHURNSIDE & BALTHROP, P.C.
Attorneys at Law
440 East Broadway, Suite 300
Eugene, OR 97401
Telephone: 541-343-8060
Facsimile: 541-343-1599
Email: don@oregonlegalteam.com
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| CARLA DE CERVANTES, an individual resident of the state of California,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST FLEET WASH, INC., an Oregon corporation; ROGER WHITAKER, an individual resident of the state of Oregon,<br><br>Defendants. | Case No. 6:13-cv-00998-AA<br><br>**STIPULATED JUDGMENT** |

   Based upon the stipulation of the parties hereunder, judgment is hereby entered in favor of Plaintiff CARLA DE CERVANTES and against Defendant ROGER WHITAKER on Plaintiff's second cause of action in the amount of $229,511.00, together with accrued interest through January 21, 2016 and other expenses totaling $69,688.32 (for a total judgment amount of $299,199.32 as of January 21, 2016), with interest on the sum of $229,511.00 to continue to accrue at the rate of six percent (6%) per annum from January 21, 2016, until such sums are paid, and for the further sum of $465.00, as and for Plaintiff's costs and disbursements incurred herein.

DATED: January 25, 2016

_____
THE HONORABLE ANN AIKEN
UNITED STATES DISTRICT COURT JUDGE

1 – STIPULATED JUDGMENT
115984

IT IS SO STIPULATED:

                         GAYDOS, CHURNSIDE & BALTHROP, P.C.

By: _____
      Donald J. Churnside, OSB #791876
      e-mail: don@oregonlegalteam.com
      Attorneys for Plaintiff

LAW OFFICE OF ERIN BRADLEY McALEER

By: _____
      Erin Bradley McAleer, WSBA #42437
      e-mail: erin.mcaleer@mcaleerlaw.net
      Attorneys for Defendants